# SUPREME COURT OF JUDICATURE

### OF THE

# STATE OF VERMONT.

---

## CHITTENDEN COUNTY, JANUARY TERM,
### A. D. 1800.

---

*ENOCH WOODBRIDGE, Chief Judge.*
*LOTT HALL,* } *Assistant Judges.*
*NOAH SMITH,* }

---

JOHN ADAMS *against* JACOB DAVIS.

ATTACHMENT. Plaintiff recognised for costs of prosecution on the original writ.

Plea in abatement. That the plaintiff, under the statute, cannot enter himself as security for costs.

Judgment of Court. The writ does not abate. The defendant, upon the issuing the original writ, is entitled to such sufficient security for costs of prosecution, as is satisfactory to the authority signing such

*Plaintiff may enter himself as bail for costs of prosecution, on the original process in civil suits.*

*Vermont* Stat. vol. 1. p. 71. s. 44.

process. If at any time while the suit is pending, he doubts the sufficiency of the bail to respond the costs, on motion the Court will order new bail, or direct a nonsuit.